STIP
Joseph Dinoia, Esq.
Nevada Bar No. 11951
Rachel Saturn, Esq.
Nevada Bar No. 8653
PATENAUDE & FELIX, A.P.C.
7271 W. Charleston, Suite 100
Las Vegas, NV 89117
(702) 952-2032
Attorneys for Defendant
LVNV Funding, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONNIE R. SMITH<br><br>Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC,<br><br>Defendant. | Civil Action No.: 2:20-cv-01369-GMN-NJK<br><br>STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DATE<br><br>(FIRST REQUEST) |

IT IS HEREBY STIPULATED by and between Donnie R. Smith, by and through his counsel of record, MICHAEL KIND, ESQ., and Defendant LVNV Funding, by and through their counsel of record, PATENAUDE & FELIX, A.P.C. that the time for Defendant to file a responsive pleading to Plaintiff's Complaint shall be extended from August 18, 2020 through and including September 17, 2020.

Pursuant to Local Rule 6-1(b), the parties state that the reason for the extension is that defense counsel requires more time to fully evaluate and respond to Plaintiff's complaint.

///

The parties have entered into an agreement in good faith and not for the purposes of delay. This is the parties' first request for an extension.

Dated this 17th day of August, 2020.

PATENAUDE & FELIX, APC

Joseph Dinoia, Esq.
Nevada Bar No.: 11951
7271 W. Charleston, Suite 100
Las Vegas, NV 89117

*Attorney for Defendant*

KIND LAW

Matthew Jopie for Michael Kind
Michael Kind, Esq.
Nevada Bar No.: 13903
8860 South Maryland Pkwy
Suite 106
Las Vegas, NV 89123

*Attorney for Plaintiff*

## ORDER

Based on the foregoing stipulations of the parties, Defendant shall have up to and including September 17, 2020 to file a responsive pleading to the complaint.

IT IS SO ORDERED.

Dated this 25th day of August, 2020.

_____
United States Magistrate Judge