STIP
Joseph Dinoia, Esq.
Nevada Bar No. 11951
Rachel Saturn, Esq.
Nevada Bar No. 8653
PATENAUDE & FELIX, A.P.C.
7271 W. Charleston, Suite 100
Las Vegas, NV 89117
(702) 952-2032
Attorneys for Defendant
LVNV Funding, LLC

ATTORNEYS AT LAW
4545 MURPHY CANYON ROAD, 3RD FLOOR
SAN DIEGO, CA 92123
TELE: (858)244-7600 FAX: (858) 836-0318

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DONNIE R. SMITH<br><br>Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC,<br><br>Defendant. | Civil Action No.: 2:20-cv-01369-GMN-NJK<br><br>ORDER GRANTING STIPULATION TO EXTEND RESPONSIVE PLEADING DATE (SECOND REQUEST) |

IT IS HEREBY STIPULATED by and between Donnie R. Smith, by and through his counsel of record, MICHAEL KIND, and Defendant LVNV Funding, by and through their counsel of record, PATENAUDE & FELIX, A.P.C. that the time for Defendant to file a responsive pleading to Plaintiff's Complaint be extended from September 17, 2020 through October 2, 2020.

Pursuant to Local Rule 6-1(b), the parties state that the reason for the extension is that defense counsel requires more time to fully evaluate and respond to Plaintiff's complaint.

///

The parties have entered into an agreement in good faith and not for the purposes of delay. This is the parties' second request for an extension.

Dated this 15th day of September, 2020.

| PATENAUDE & FELIX, APC | KIND LAW |
|---|---|
| /s/ Joseph Dinoia<br>Joseph Dinoia, Esq.<br>Nevada Bar No.: 11951<br>7271 W. Charleston, Suite 100<br>Las Vegas, NV 89117<br>*Attorney for Defendant* | /s/ Michael Kind<br>Michael Kind, Esq.<br>Nevada Bar No.: 13903<br>8860 South Maryland Pkwy<br>Suite 106<br>Las Vegas, NV 89123<br>*Attorney for Plaintiff* |

## ORDER

Based on the foregoing stipulations of the parties, Defendant shall have up to and including October 2, 2020 to file a responsive pleading.

IT IS SO ORDERED.

Dated this __16__ day of September, 2020.

_____
United States Magistrate Judge