# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONNIE R. SMITH,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>LVNV FUNDING, LLC,<br><br>　　　　Defendant(s). | Case No.: 2:20-cv-01369-GMN-NJK<br><br>**ORDER** |

　　　　The Court ordered Defendant to file its response to the complaint by October 2, 2020, Docket No. 8, but Defendant has failed to do so to date.  Defendant is hereby **ORDERED** to file its response to the complaint by November 2, 2020.  **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS, UP TO AND INCLUDING DISPOSITIVE SANCTIONS.**

　　　　IT IS SO ORDERED.

　　　　Dated: October 27, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge