Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Donnie R. Smith*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Donnie R. Smith, | Case No.: 2:20-cv-01369-GMN-NJK |
| Plaintiff, | **Stipulation of dismissal of LVNV Funding LLC with prejudice** |
| v. | |
| LVNV Funding, LLC, | |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Donnie R. Smith and LVNV Funding LLC stipulate to dismiss Plaintiff's claims against LVNV Funding LLC with prejudice.

///
///
///

1    Each party will bear its own costs, disbursements, and attorney fees.

2    Dated: October 27, 2020.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Donnie R. Smith*

**PATENAUDE & FELIX APC**

/s/ Rachel Saturn
Rachel Saturn, Esq.
Patenaude & Felix APC
7271 W Charleston Blvd #100
Las Vegas, NV 89117
*Counsel for LVNV Funding LLC*

IT IS SO ORDERED:

_____
Gloria M. Navarro, District Judge
United States District Court
Case No. 2:20-cv-01369-GMN-NJK

DATED this  30  day of October, 2020.

STIPULATION                                      - 2 -